UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 95-204

JOSEPH HARRIS                           SECTION:  L


ORDER REVOKING SUPERVISED RELEASE

On October 11, 2006, this matter came on before the Court on a Rule to Revoke Supervised Release.  The government was represented by Assistant United States Attorney Kevin Boitman.  The defendant, Joseph Harris, appeared in person, and was represented by his attorney, Gary V. Schwabe, Jr.

The defendant entered into a stipulation with the government that if called, Probation Officer Kenny Dixon, would testify consistent with the allegations contained in the Rule to Revoke Supervised Release. The Court found that the defendant had violated the terms under which he was placed on supervised release. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant's term of supervised release imposed on November 1, 1995 is REVOKED and the defendant is committed to the custody of the Bureau of Prisons for a period of ten (10) months.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy

of this Order to the U. S. Marshal or other qualified officer, and that the same shall serve as the commitment herein.

New Orleans, Louisiana, this 12th day of October, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**